UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

WILLIAM E. CULBERTH,                                    Docket No.: 18 Civ. 4796 (JS)(AYS)

                      Plaintiff,           **NOTICE OF APPEARANCE**

   -against-

THE TOWN OF EAST HAMPTON NEW YORK,
FRANK TROTTA and BARRY JOHNSON,

                      Defendants.
-------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that MARK A. RADI, a member of the firm of SOKOLOFF STERN LLP attorneys for defendants THE TOWN OF EAST HAMPTON NEW YORK, FRANK TROTTA and BARRY JOHNSON, hereby files this notice for the purpose of receiving ECF alerts via email. This notice is not intended, and should not be construed, as a waiver of any jurisdictional defenses.

Dated: Carle Place, New York
       February 15, 2019

                                                  **SOKOLOFF STERN LLP**
                                                  *Attorneys for Defendants*

                                       By: _____
                                               MARK A. RADI
                                               179 Westbury Avenue
                                               Carle Place, New York 11514
                                               (516) 334-4500
                                               File No. 170146

To:   William E. Cuthbert
       *Pro Se Plaintiff*
       183 Hog Creek Road
       East Hampton, New York 11937
       (212) 595-757