UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
WILLIAM E. CULBERTH,

                                Plaintiff,

                  -against-

THE TOWN OF EAST HAMPTON NEW YORK, FRANK
TROTTA and BARRY JOHNSON,

                               Defendants.
-------------------------------------------------------------------------x

**NOTICE OF MOTION**

Docket No. 18 Civ. 4796 (JS) (AYS)

      **PLEASE TAKE NOTICE** that, upon the annexed Attorney's Declaration of Mark A. Radi and the affidavit and exhibits annexed thereto; the accompanying *Memorandum of Law in Support of Defendants' Motion to Dismiss*; and upon all pleadings and proceedings heretofore had herein, defendants will move this Court before the Honorable Joanna Seybert at the United States District Court for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(b)(2), (5), (6) and/or 12(f) dismissing plaintiff's complaint in its entirety with prejudice, together with such other and further relief as this Court deems just, equitable, and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule set by the Court, opposition papers shall be served by June 6, 2019.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the schedule set by the Court, reply papers, if any, shall be served and filed by June 20, 2019.

Dated: Carle Place, New York
        May 6, 2019

                               SOKOLOFF STERN LLP
                               *Attorneys for Defendants*

By: _____
                               Mark A. Radi
                               179 Westbury Avenue
                               Carle Place, New York 11514
                               (516) 334-4500
                               File No.: 170146

TO:     WILLIAM CUTHBERT
          *Plaintiff pro se*
          183 Hog Creek Road
          East Hampton, New York 11937

          **Via Certified Mail**