# EXHIBIT B

## Violation Information

| | |
|---|---|
| **D.D. Number:** | |
| **Case Number:** | EHT-CR-89-14 |
| **Appearance Ticket:** | 12642 |
| **Arrest No.:** | EHT-AR-30-14 |

| | |
|---|---|
| **Event Number:** | EHT-EV-769-14 |
| **Return Date:** | 01/24/2014 |
| **Court Docket No.:** | |

**Defendant in Custody from:** 10:56 January 23, 2014   **To:** 15:55 January 23, 2014

---

**JUSTICE COURT TOWN OF EAST HAMPTON**
**THE PEOPLE OF THE STATE OF NEW YORK**
against

**Date of Birth:**
12/10/1957

**WILLIAM E CUTHBERT (56)**
183 HOG CREEK RD
EAST HAMPTON, NY 11937

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Police Officer FRANK V TROTTA, Shield 195, being duly sworn, deposes and says that he/she is a member of East Hampton Town Police Department , County of Suffolk, NY and that on the 23rd Day of January, 2014 at about 10:56 at ACCABONAC RD EAST HAMPTON in the County of Suffolk, NY.

**WILLIAM E CUTHBERT**

**Offense**
240.26 (01)
HARASSMENT-

AT THE TIME AND PLACE AFORESAID, THE DEFENDANT(S) DID VIOLATE SECTION 240.26 SUBDIVISION 1 OF THE PENAL LAW OF THE STATE OF NEW YORK.  A person is guilty of harassment in the second degree when, with intent to harass, annoy or alarm another person he or she strikes, shoves, kicks or otherwise subjects such other person to physical contact, or attempts or threatens to do the same.

Violation

**Prepared By:**

To Wit: THE DEFENDANT, ON JANUARY 23, 2014 AT ABOUT 10:56 A.M. AT THE CORNER OF ABRAHAMS PATH AND ACCABONAC ROAD, IN THE TOWN OF EAST HAMPTON, SUFFOLK COUNTY, NEW YORK, WITH INTENT TO HARASS, ANNOY OR ALARM ANOTHER PERSON, DID WRONGFULLY STRIKE AND SHOVE ANOTHER PERSON; IN THAT, THE DEFENDANT STATED "FUCK YOU PIG" AND THEN WITH INTENT TO RESIST ARREST DID WRONGFULLY FLAIL HIS ARMS STRIKING PO FRANK TROTTA'S HAND CAUSING A LACERATION. THIS ACTION DID IN FACT HARASS, ANNOY AND ALARM PO FRANK TROTTA #195.

**Police Officer TROTTA, FRANK, V**

This complaint is based on Personal Knowledge, The source being:Observations of your deponent.

Subscribed and sworn to before me this
23rd Day of January, 2014

_Pw/421_

DANIEL S ROMAN
SERGEANT

_fm~195_

FRANK V TROTTA
Police Officer

**Violation Information**

| | |
|---|---|
| **D.D. Number:** | |
| **Case Number:** | EHT-CR-89-14 |
| **Appearance Ticket:** | 12642 |
| **Arrest No.:** | EHT-AR-30-14 |

| | |
|---|---|
| **Event Number:** | EHT-EV-769-14 |
| **Return Date:** | 01/24/2014 |
| **Court Docket No.:** | |

**Defendant in Custody from:** 10:56 January 23, 2014   **To:** 15:55 January 23, 2014

### JUSTICE COURT TOWN OF EAST HAMPTON
### THE PEOPLE OF THE STATE OF NEW YORK
against

**Date of Birth:**
12/10/1957

**WILLIAM E CUTHBERT (56)**
183 HOG CREEK RD
EAST HAMPTON, NY 11937

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Police Officer FRANK V TROTTA, Shield 195, being duly sworn, deposes and says that he/she is a member of East Hampton Town Police Department , County of Suffolk, NY and that on the 23rd Day of January, 2014 at about 10:56 at ACCABONAC RD EAST HAMPTON in the County of Suffolk, NY.

**Offense**
240.20 (03)
DIS/CON:OBSCENE

**WILLIAM E CUTHBERT**

AT THE TIME AND PLACE AFORESAID, THE DEFENDANT(S) DID VIOLATE SECTION 240.20 SUBDIVISION 3 OF THE PENAL LAW OF THE STATE OF NEW YORK.  A person is guilty of disorderly conduct when, with intent to cause public inconvenience, annoyance or alarm, or recklessly creating a risk thereof in a public place, he uses abusive or obscene language, or makes an obscene gesture.

**Violation**

**Prepared By:**

To Wit: THE DEFENDANT, ON JANUARY 23, 2014 AT ABOUT 10:56 AM, AT THE CORNER OF ABRAHAMS PATH AND ACCABONAC ROAD,  IN THE TOWN OF EAST HAMPTON, SUFFOLK COUNTY, NEW YORK WITH THE INTENT TO CAUSE PUBLIC INCONVENIENCE, ANNOYANCE OR ALARM, OR RECKLESSLY CREATING A RISK THEREOF IN A PUBLIC PLACE, HE USES ABUSIVE OR OBSCENE LANGUAGE, OR MAKES AN OBSCENE GESTURE; IN THAT, THE DEFENDANT DID WRONGFULLY STATE OBSCENITIES IN PUBLIC AFTER BEING REQUESTED BY POLICE OFFICER FRANK TROTTA #195 TO MOVE HIS VEHICLE FROM THE INTERSECTION AFTER BEING INVOLVED IN A REPORTABLE MOTOR VEHICLE ACCIDENT. DEFENDANT WAS STANDING WITHIN INCHES OF POLICE OFFICER FRANK TROTTA #195 WHILE SCREAMING IN A LOUD VOICE IN SUM AND SUBSTANCE FUCK, YOU YOU FUCKING PIG! I AM NOT LISTENING TO YOU, YOU FUCKING PIG ASSHOLE! GET ANOTHER OFFICER HERE YOU FUCKING ASSHOLE!

**Police Officer TROTTA, FRANK, V**

This complaint is based on Personal Knowledge, The source being:The observations of your deponent.

Subscribed and sworn to before me this
23rd Day of January, 2014

_____
**DANIEL S ROMAN**
**SERGEANT**

_____
**FRANK V TROTTA**
Police Officer

## Misdemeanor Information

| | |
|---|---|
| **D.D. Number:** | |
| **Case Number:** | EHT-CR-89-14 |
| **Appearance Ticket:** | 12642 |
| **Arrest No.:** | EHT-AR-30-14 |
| **Defendant in Custody from:** | 10:56 January 23, 2014 |

**To:** 15:55 January 23, 2014

| | |
|---|---|
| **Event Number:** | EHT-EV-769-14 |
| **Return Date:** | 01/24/2014 |
| **Court Docket No.:** | |

**JUSTICE COURT TOWN OF EAST HAMPTON**
**THE PEOPLE OF THE STATE OF NEW YORK**
against

**Date of Birth:**
12/10/1957

**WILLIAM E CUTHBERT (56)**
183 HOG CREEK RD
EAST HAMPTON, NY 11937

**STATE OF NEW YORK**
**COUNTY OF NEW YORK**

Police Officer FRANK V TROTTA, Shield 195, being duly sworn, deposes and says that he/she is a member of East Hampton Town Police Department , County of Suffolk, NY and that on the 23rd Day of January, 2014 at about 10:56 at ACCABONAC RD EAST HAMPTON in the County of Suffolk, NY.

**WILLIAM E CUTHBERT**

**Offense**
205.30 ()
RESISTING ARREST

A
Misdemeanor

**Prepared By:**

Police Officer TROTTA,
FRANK, V

AT THE TIME AND PLACE AFORESAID, THE DEFENDANT(S) DID VIOLATE SECTION 205.30 OF THE PENAL LAW OF THE STATE OF NEW YORK.  A person is guilty of resisting arrest when he intentionally prevents or attempts to prevent a police officer or peace officer from effecting an authorized arrest of himself or another person.

To Wit: The defendant, at the corner of Abrahams path and Accabonac road in the Town of East Hampton, Suffolk County, New York,  on January 23, 2014 at about 10:56 AM, intentionally attempted to prevent a police officer from effecting an authorized arrest of himself; in that, while Police Officer Trotta #195 was attempting to place the defendant under arrest for the charge of Disorderly Conduct, the defendant did shove, and flail his arms at Officer Trotta until the officer eventually subdued him.
This complaint is based on Personal Knowledge, The source being:Observations of your deponent.

Subscribed and sworn to before me this
23rd Day of  January, 2014

**DANIEL S ROMAN**
**SERGEANT**

**FRANK V TROTTA**
**Police Officer**