William Cuthbert

✓

1

1    TOWN OF EAST HAMPTON: STATE OF NEW YORK

2    JUSTICE COURT

3    ------------------------------------------x

4    THE PEOPLE OF THE STATE OF NEW YORK,

5

6                              DOCKET NO:14010313

7

8         -against-

9

10   CUTHBERT, WILLIAM,

11                      DEFENDANT.
     ------------------------------------------x

12                         Justice Court
                           159 Pantigo Road
13                         East Hampton, NY
                           October 14, 2014
14                         9:30 a.m.

15   B e f o r e :

16        STEVEN TEKULSKY, Town Justice

17   A p p e a r a n c e s :
          THOMAS J. SPOTA
18        SUFFOLK COUNTY DISTRICT ATTORNEY
          North County Complex - Building 77
19        Veterans Memorial Highway
          Hauppauge, New York 11778
20        BY:  SEAN MCDONNELL
               Assistant District Attorney
21                  For the People

22        JOSEPH GIANNINI, ESQ
          P.O. BOX 1958
23        AMAGANSETT, NY, 11930-1958

24             * JURY TRIAL *

1  Continuation of Witnesses

2  October 15, 2014

3

4       THE COURT:  All right.  Mr.

5  Giannini.

6       MR. GIANNINI:  At this time we

7  call William Cuthbert.

8       THE COURT:   He can take it with

9  him.  He can have his water, sure.

10  Okay.  Could you please raise your

11  right hand.

12

13  WILLIAM CUTHBERT, a witness called on behalf of the

14  Defense, was duly sworn by the Court and testified as

15  follows:

16       THE COURT:  Have a seat and in a

17  loud, clear voice state your name.

18     A     My name is William Elliot

19  Cuthbert.

20       MR. GIANNINI:  Please speak into

21  the microphone and keep your voice up.

22  EXAMINATION

23  BY MR GIANNINI:

24     Q     How old are you?

25     A     I an 57 years old.

1     Q     And where are you living right

2 now?

3     A     I live at 183 Hog Creek Road

4 here in Springs.

5     Q     And do you live with anyone

6 there?

7     A     Yes, I do.  I live with my

8 partner Jana Bennett -- Nishida.

9     Q     How long have you lived there

10 with her?

11     A     Since 2000.

12     Q     And are you currently employed?

13     A     I have worked for myself for

14 most of my life, yes.

15     Q     What if anything do you do?

16     A     Well I am a builder by trade.

17     Q     And how long have you been

18 doing that?

19     A     Thirty five years, forty years.

20     Q     You have your own business?

21     A     Yes.

22     Q     Do you recall the events of

23 January 23, 2014?

24     A     I sure do.

25     Q     William, you have got to --

1   don't lean back anyone.  Stay forward.

2            At around 9:30 that morning

3   where were you.

4        A     About 9:30 I was either right

5   on my way or in Goldberg's Deli.

6        Q     Why were you going to

7   Goldberg's?

8        A     It's part of my usual daily

9   routine at the time.  Grab a breakfast, a

10  coffee the daily paper.

11       Q     Did you go anywhere from when

12  you left Goldberg's Deli?

13       A     Yes, I went down Napeague Lane

14  in Amagansett.

15       Q     Why did you do that?

16       A     Sort of kind of part of my day

17  where I take a look at the water and the

18  ocean depending on which way the wind or

19  weather is comes from.

20       Q     Why do you do that?

21       A     I am and extreme windsurfer and

22  interested in the weather.  It's the way I

23  live.

24       Q     And how long have you been

25  doing wind surfing?

1          A      1987.

2          Q      And did there come a time when

3    you left Napeague Lane?

4          A      Yes.

5          Q      And where were you going if

6    anywhere?

7          A      I was heading back home.

8          Q      And why was that?

9          A      I was heading high back home to

10   use the bathroom to prepare to drive to

11   Gershows in Riverhead.

12         Q      Why were you going to do that?

13         A      Because in the back of my truck

14   was completely filled with sorted recyclable

15   brass, copper and number two -- all elements

16   of metal that they pay for that they buy,

17   and it has to be done in a very particular

18   manner.

19         Q      You mean you were going to sell

20   these items?

21         A      Everything was already prepared

22   to bring to Gershow.

23         Q      So you recall the weather that

24   day?

25         A      Absolutely.

1        Q      Can you describe the weather as

2   you were out on that date?

3        A      First thing in the morning it

4   was minus three degrees.  Later on it warmed

5   up to seven degrees and eight degrees was

6   the high for that day.

7        Q      And was there snow and ice on

8   the ground?

9        A      There was mostly ice as the

10  snow had frozen.

11       Q      Did you have any problems

12  driving in the icy and snowy conditions?

13       A      Well, I am particularly trained

14  to drive in weather conditions.

15       Q      Did you know how to handle in

16  those conditions?

17       A      I have driven in some of the

18  countries most extreme storms that we have

19  had.

20       Q      What the kind of a vehicle were

21  you driving that day?

22       A      I was driving a Chevy 2500

23  Series full size van.

24       Q      Is that one of your work

25  vehicles?

1    A    Yes, it is.

2    Q    How many work vehicles do you

3 have then?

4    A    I just have one work vehicle

5 and another vehicle that we use when I am

6 not doing construction?

7    Q    Now did you have a jacket while

8 you were driving around at that time?

9    A    There were clothes, spare

10 clothes in the cab of my vehicle as per

11 usual.

12    Q    Did you have a jacket on while

13 you were driving around?

14    A    No, I didn't.

15    Q    Why not?

16    A    My full size van is fully

17 heated and had been running since the

18 morning time and was probably almost 80

19 degrees in the cab.

20    Q    Did there come a time that you

21 were driving north on Abrahms Path that

22 morning?

23    A    Yes.

24    Q    Where you heading back to your

25 home?

1        A       I was heading back home.

2        Q       Did you approach the

3    intersection of Acabonac Road and Abrahms

4    Path while you were driving?

5        A       I did.

6        Q       What if anything happened when

7    you first got to the intersection?

8        A       Well I slowed way down before

9    the intersection because of the ice.   There

10   was no sand, no salt on the roads.   Acabonac

11   Highway was clear and Abrahms path was not.

12       Q       Did you reach the intersection?

13       A       I came to a full stop before

14   the stop sign, before the stop line.

15       Q       And when you reached the

16   intersection at that point did you see any

17   other vehicles?

18       A       I looked through the

19   intersection to be cautious because of the

20   weather and I am trained.   When I looked

21   forward or up hill, Abrahms Path I see a

22   speeding vehicle sliding down the road.

23       Q       Were you looking up hill at

24   that time?

25       A       Yes.

1     Q     Could you tell us exactly what

2 the vehicle did as you were looking at it?

3     A     As I was looking at the vehicle

4 I saw it come over the horizon, my, my view

5 of the horizon, and noticed the front end

6 just drop.  Apparently with the breaking.

7 The car skidded off the road to the right.

8 The car then continued and skidded cross all

9 the way over two lanes, onto the left.  Off

10 the shoulder, then keeping her speed up the

11 driver kept the car back on the road and

12 went all the way across, back to the right

13 side, and then continued through the

14 snowbank and back to the road on the roadway

15 onto the lane and through the intersection?

16     Q     When that vehicle came through

17 the intersection what if anything happened

18 to you and your vehicle.

19     A     She skidded through the

20 intersection out of control.  The tires were

21 locked, not moving.  The front tires were

22 not moving at all.  The antibrake system was

23 obviously not working because the tires were

24 not moving ands there was no bounce to the

25 ADS system she slammed into the side of my

1    truck.

2          Q      What side passenger or drivers

3    side?

4          A      Right on the drivers side.

5          Q      After she slammed into your

6    vehicle where did her vehicle go if

7    anywhere?

8          A      She bounced  · she ricocheted

9    -- she hit my car parallel, she ricocheted

10   off my car and her front end bounced back

11   towards her lane and her rear end did a 90

12   degree and caught up with the front end

13   bringing the car perpendicular to the her

14   lane.

15         Q      Was she blocking that lane at

16   that time?

17         A      Fully.

18         Q      And were you still at the stop

19   sign?

20         A      I was.

21         Q      Did there come a time when you

22   got out of your van while you were there?

23         A      I got out of the van almost

24   right away.  I got out of my van almost

25   right away?

1       Q       And while you where there
2   parked or stopped at the stop sign did any
3   other vehicle come up behind you?

4       A       After a short while yes.

5       Q       Do you remember what kind of
6   vehicle that was?

7       A       Yes, it was a short, brownish,
8   or small brownish car behind me.  Possibly
9   an economy type sedan and there was a large
10  honey pumper.

11      Q       What do you mean by, "Honey
12  pumper?"

13      A       Well like a sewage truck.  It
14  was the extra large sewage truck.

15      Q       And do you recall whether it
16  was a diesel --

17      A       It was a diesel.  It was a
18  large diesel.

19      Q       Do you recall whether or not
20  that diesel engine was making a lot of
21  noise?

22      A       It made a tremendous amount of
23  noise.

24      Q       And while you were outside and
25  these vehicles were there did you go over to

1  that truck to speak with the driver?

2          A     I sure did.

3          Q     What if anything did you say to

4  him?

5          A     I went over as a favor to

6  inform them that there had been an accident

7  and the police had been called.  And that

8  they will be here any minute, and we could

9  hear the sirens.

10         Q     While you were there, right

11 after the collision did you make any calls?

12         A     Yes.

13         Q     Who did you call?

14         A     I called Jana.

15         Q     Well, and did you reach her?

16         A     Yes.

17         Q     What did you say to heir?

18         A     I asked her to call the police.

19         Q     You didn't tell -- did you tell

20 her to call 911?

21         A     No.

22         Q     Why did you tell her to call

23 the police?

24         A     Well there was a fender bender

25 and 911 wasn't appropriate for the kind of

1  accident that we had, or that there was.

2      Q    And do you know whether or not

3  she did this?

4      A    Yes, she did.

5      Q    And did you call her again

6  after that?

7      A    Yes, I did.

8      Q    What did you say to her?

9      A    I asked her to come down.

10     Q    When you made that second call

11  where there any police on the scene?

12     A    Not at that time.

13     Q    Do you recall about what time

14  you made the call to Jana that day?

15     A    The first call was made at

16  exactly 10:18.

17     Q    How do you know that?

18     A    It's on my phone.

19     Q    And while you were parked --

20  while you were parked at the stop sign did a

21  police vehicle arrive at the scene.

22     A    The police vehicle arrived and

23  parked parallel to the cab on the honey

24  pumper.

25     Q    Was he parked on the drivers

1   side or the passenger side?

2          A      He was parked on the drivers in

3   the opposite lane.

4          Q      And how long did he remain

5   parked there along side of the truck?

6          A      Ten minutes total.

7          Q      Total.   While he was parked

8   there did you go over to him?

9          A      I went up to him while he was

10  parked there.   I was walking up to the

11  drivers side, talking through the drivers

12  side to the gentleman in the honey pumper.

13         Q      Did he tell you to move your

14  van at that time?

15         A      Yes.

16         Q      Did you at that time start to

17  walk back towards your van to move it?

18         A      I did.

19         Q      What if anything happened

20  before you got -- did anything happened

21  before you got there?

22         A      I heard more loud talking, or

23  almost yelling.   I don't know if they were

24  talking to me or not.

25         Q      What did you do if anything?

1       A     I turned around to see if I was
2  receiving instructions.  I went and backed
3  up to find out what the Officer wanted.  I
4  thought he was talking to me.  I didn't know
5  why.

6       Q     What if anything did he say at
7  that point?

8       A     He was starting to get irate
9  and told me to move my vehicle.

10      Q     And did you turn around then
11 and walk back towards your vehicle?

12      A     Yes, I did.

13      Q     And what if anything happened
14 when you were walking back to your van?

15      A     Walking back to my van there
16 was glare ice on the road, so I am walking
17 very carefully and the next thing I know
18 there is a vehicle brushing up the left side
19 of the my leg.

20      Q     And what if anything did you
21 do?

22      A     Well in the construction and
23 building trade what you are taught to do is
24 slap the side of the car so that the driver
25 knows where you are.

1      Q      Did you do that?

2      A      Absolutely.

3      Q      What hand or hands did you use?

4      A      I had to use my right hand

5  because the car was so up against my left

6  side.

7      Q      We have talked about a police

8  vehicle?

9      A      Correct.

10      Q      What kind of vehicle was it?

11      A      It turned out to be a police

12  SUV but at the I slapped it I had no idea

13  who's car, what it was.  There was loud

14  noise so I never heard the car coming.  I

15  had to -- to my side the car seemed to plow

16  me out of the way.  This was a short

17  vehicle.  This is an SUV, a small economy

18  type SUV.  Not even a regular SUV.

19      Q      As this vehicle was going by

20  did you strike the passage side mirror?

21      A      The mirror struck me.  It's a

22  short vehicle.  I slapped the side of the

23  car to let them know I was there and to turn

24  away from me.  To stop -- I was going to be

25  sandwiched between that vehicle and my own

1    vehicle.  I slapped the vehicle on the side

2    with my right hand and before I even knew

3    anything I was struck in the back by the

4    mirror and turned right around 180 degrees.

5            Q     Were you struck in your arm?

6            A     I was struck on the back of my

7    arm.

8            Q     You have seen the photos that

9    are in evidence now right, of your injuries?

10           A     Yes.

11           Q     And is there a photo in

12   evidence now that depicts the injury that

13   you got at that time to your left arm?

14               THE COURT:  Giving the witness

15           what has been marked as exhibits

16           Defendant's Exhibits K through S in

17           evidence.

18           A     Yes.

19           Q     Can you just hold it up for the

20   Jury?

21               THE COURT:  Just tell us on the

22           back what Exhibit that is on the back.

23           Q     What Exhibit is that on the

24   back?

25           A     Oh, S?

1          THE COURT:  Yes.

2          Q    Now did the police vehicle

3    drive past you at that time?

4          A    Yes, he did.  He was driving --

5          Q    Yes, or no?

6          A    Yes.

7          Q    Where did he go if you know?

8          A    He made a sharp right turn and

9    stopped right after the corner.  Literally

10   almost on top of the corner, or literally on

11   top of the corner.

12         MR. GIANNINI:  I would like to

13        have this marked as Defendant's T.

14         THE COURT:  Any objections?

15         MR. MACDONNELL:  No objections.

16         (The above-referred to Photo was

17        marked as Defendant's Exhibit T for

18        identification, as of this date.)

19         THE WITNESS:  Your honor, I don't

20        appreciate that your court officer

21        back there is smiling and finding this

22        all quite amusing.  He's making all

23        kinds of faces and is smiling.  I find

24        it distracting.

25         Q    Relax.  He is smiling because

1    he is happy.  He's a good man.

2          THE WITNESS:  This is not an

3    amusing subject.

4          MR. GIANNINI:  Relax.

5          THE COURT:  All right, so without

6    objection that will be accepted as

7    Defendant's T, in evidence.

8    Q     Is that a fair and accurate

9    depiction of the roads as they appeared on

10   that date?

11         A     Well it shows the road.

12         THE COURT:  It's a map.  It's

13   doesn't show anything other than the

14   streets themselves, right.

15   A     Correct.

16         THE COURT:  Does that accurately

17   depict the intersection of Acabonac

18   Road and Abrahms Path.

19   A     From a birds eye view,

20   absolutely.

21         MR. GIANNINI:  I have an

22   application to make it putting this

23   into evidence.

24         MR. MACDONNELL:  I have no

25   objection.

1          THE COURT:  Okay.

2          (The above-referred to Photos were

3     marked as Defendant's Exhibit U

4     through CC for identification, as of

5     this date.)

6     Q    Mr. Cuthbert, those photos are

7 now in evidence.  Now please pick up one at

8 a time and tell us what it depicts?

9     A    U, depicts looking west on

10 Abrahms Path or looking up hill from the

11 intersection.

12    Q    Does that depict the hill that

13 you saw the vehicle coming at you?

14    A    Yes.

15    Q    Put that aside pick up the next

16 and tell us what Exhibit it is?

17    A    V, this would be at the

18 intersection, this would be Acabonac Highway

19 looking at the intersection of Abrahms Path

20 to the right is going toward Amagansett and

21 left is toward Springs.

22         MR. GIANNINI:  You know I think I

23    am going to try and move this along as

24    they are in evidence and we have been

25    talking about them, I think they

1       should be published right now.

2              THE COURT:  Sure.  Go ahead.

3              That's fine.

4              (At this time the Jury has been

5       published Exhibits U through CC. )

6              JURIST:  Can I just ask a

7       question?

8              THE COURT:  You can't ask

9       questions.

10             John that good /STKPW-PBLGTS.

11             THE COURT:  Before you forward Mr.

12      Giannini.  Mr. Cuthbert, is it fair to

13      say that Exhibits U through CC portray

14      an intersection of two roads, Abrahms

15      Path which runs north south and

16      Acabonac Road which runs east west and

17      various others roads therein?

18      A      This show an accurate portrayal

19      of that area.

20             THE COURT:  Very good.

21      Q      All right, William now stay

22      close to the microphone.

23             Now did there come a time that

24      Officer Trotta pulled in front of you

25      Acabonac Road?

1       A      Oh, yes.

2       Q      And where were you when he did

3   this?

4       A      I was adjacent to the -- above

5   the rear wheel of my own vehicle.

6       Q      Now after he pulled over on

7   Acabonac Road what did you do?

8       A      I was on my way to my vehicle

9   so and to move my vehicle so I continue to

10  do so.

11      Q      Did you move your vehicle at

12  that point.

13      A      I did so.

14      Q      Where did you move it to?

15      A      I pulled a right from the stop

16  sign and went north on Acabonac, and just a

17  few places down, I didn't want to park to

18  close to the intersection and there was also

19  a fire hydrant sticking out of the snow

20  which I didn't want to park in from of also.

21      Q      Did you park on Acabonac Road.

22      A      Yes, I dis.

23      Q      Did you park on the shoulder?

24      A      Yes.

25      Q      And what if anything did you do

1   after you parked the vehicle?

2        A    I got out of the vehicle.

3        Q    Why did you do that?

4        A    To Officer Trotta who was

5   standing by his car.  I went over to talk to

6   him.

7        Q    And did you speak to him?

8        A    Yes, I did.

9        Q    And what was the first thing,

10  if anything, you said to him at that time

11  and point?

12       A    Um, I think I requested a field

13  Sargent.

14       Q    Anything else.

15       A    After that I asked him did he

16  know if in fact he hit me.

17       Q    Did he respond in any way?

18       A    He did not respond at all.

19       Q    What did you do when he didn't

20  respond?

21       A    I asked him one more time, did

22  he know he hit me.

23       Q    What if anything happened after

24  you said that?

25       A    Officer Trotta said to me, I

1  don't like your attitude, you are under

2  arrest.

3         Q      And did he tell you what you

4  were under arrest for?

5         A      He didn't like my attitude.

6         Q      Anything besides that?

7         A      No.

8         Q      Did he mention the words

9  disorder conduct?

10        A      No.

11        Q      Now after he said that did he

12 cuff you?

13        A      Oh, yes.

14        Q      Explain to us how he cuffed

15 you?

16        A      First of all I completely

17 complied with this Officer, completely.

18        Q      Tell us what you did?

19        A      I stood there and he turned me

20 around, then he took my right arm and folded

21 it up, he took my left hand and turned it

22 the opposite way down and cuffed the two

23 cuffs together as hard as he possibly could.

24        Q      Were you in pain at that point?

25        A      Instantly and in shock.

1   Q   Did you shove him?

2   A   Never.

3   Q   Did you push him?

4   A   Never.

5   Q   Did you strike him?

6   A   Never.

7   Q   Did you resist in any way?

8   A   Never resisted in any way.

9   Q   How much do you weigh?

10  A   I weigh a hundred and

11  ninety-one pounds.

12      Q   And um, I am going to show you

13  something again for the record.  My hands

14  are behind my back, one on top of the other

15  and is this the way he handcuffed you?

16      A   Actually the right hand was up

17  high and the left hand was twisted down so

18  it would be opposite of what you have now.

19      THE COURT:  Just switch your hands

20      counsel, the right hand is the higher

21      one.  Is that what you are saying Mr.

22      Cuthbert?

23      A   Yes.

24      THE COURT:  For the record, Mr.

25      Giannini has his hand behind his back

```
 1          with this right hand right above his
 2          left hand.
 3          A     But they were twisted in
 4    opposite directions.
 5          Q     What if anything did he do to
 6    you after you were handcuffed in that
 7    manner?
 8          A     He left me and walked away.
 9          Q     Where did he go?
10          A     He went over to talk to the
11    woman who's car skidded through the
12    intersection.
13          Q     Did you remain at the scene?
14          A     I remained right where I was.
15    I was absolutely frozen in terror and pain.
16          Q     Did he come back?
17          A     He came back eventually after.
18          Q     While he was away what if
19    anything happened to you?
20          A     I did my best to try and keep
21    my right hand and my left hand from not
22    fighting each other and as was I standing
23    there trying to concentrate with all my
24    might my hands start swelling up while
25    slowly my nerves were being cut.  All the
```

1   nerves around each wrist slowly being cut

2   and severed.  My hands were swelling up and

3   going numb.  You could feel my wrist

4   swelling and cutting against the cuffs.  I

5   eventually passed out and fainted.  My eyes

6   went white, my ears went white noise.

7              (Whereupon the witness made a

8         hissing noise.)

9              And I found myself on the ground

10        un front of the officer's SUV.

11        Q     And then did there come a time

12   when they picked you up off the ground?

13        A     Not at that moment.

14        Q     Did there come a time when they

15   picked you up?

16        A     Yes.

17        Q     When you were picked up from

18   the ground were there more than one officer

19   there?

20        A     No.

21        Q     Who picked you up?

22        A     Trotta.

23        Q     What did he do with you if

24   anything?

25        A     Yeah, he worked me over and

1  threw me on the hood of the car, and um, I

2  had been calling for help very loudly before

3  he had come over.

4          Q     You were calling?

5          A     Calling out loud for help.

6          Q     Why were you calling for help?

7          A     I was in extreme pain.  I was

8  being tortured?

9          Q     Now, when he had you on the

10  hood -- withdrawn.

11                Was that the hood of his

12  vehicle that he had you on?

13          A     Yes, it was.

14          Q     And you were handcuffed?

15          A     I was handcuffed, if you call

16  it that.

17          Q     And while you were on the hood

18  did any other Officers arrive, yes or no.

19          A     Yes.

20          Q     Who was that, if you know?

21          A     Turns out that was Officer

22  Barry Johnson.

23          Q     And at any time did you push

24  Officer Johnson?

25          A     Never.

1    Q    Did you strike him?

2    A    No.

3    Q    Did you kick him?

4    A    No.

5    Q    Did you plead with them, at

6  that time to loosen the cuffs?

7    A    I pleaded with the Officer

8  Barry Johnson the moment he came over.  And

9  I turned to show him what Trotta had done to

10  me.

11    Q    Did they loosen the cuffs?

12    A    Not at all.

13    Q    Where you in pain?

14    A    Extreme pain.  Extreme pain

15  duress, beyond --

16    Q    Relax.  Hold on.

17         You heard them say during their

18  testimony that they took you off the hood of

19  the car, is that true?

20    A    They lifted me straight back

21  off the car.  Straight back and when I

22  instinctively tried to catch myself from

23  falling back they yelled, "He's resisting,

24  he's resisting, get him."

25    Q    And you were cuffed at this

1    time?

2          A      Exactly.

3          Q      And were you resisting?

4          A      It was impossible for me to

5    resist in any capacity.

6          Q      How many Officers were around

7    you at that time?

8          A      Three.

9          Q      And did they put you in a

10   seated position at that time?

11         A      Wherever the Officers had me

12   standing prior to this they had been working

13   me over.  So there is something, you know,

14   so after they lifted me off the car, after

15   they were literally torturing me, it was

16   such --

17         Q      Listen, we just want to know?

18         A      They took me and they pulled me

19   straight back -- there had been a crater

20   created by the Officers feet and they put me

21   stomach first in this crater and Officer

22   Johnson slammed his knee into my back, the

23   small of my back and started pounding my

24   back and his knee worked down to the center

25   of my back.

1        Q      All right?

2        A      All while taking my arms and

3    shoving them over my head with my face into

4    the frozen ground.  This was not flat, this

5    was not flat at all this was an actual

6    crater.

7        Q      You mean like a gully along the

8    road?

9        A      Like a hole.

10       Q      And how long were you on your

11   face in the snow and ice at that point?

12       A      Right up until Jana arrived.

13       Q      Did of see her at the scene?

14       A      No, I heard her.

15       Q      And while she was there were

16   you pleading with them to unloosen the

17   cuffs?

18       A      I pleaded with them the whole

19   time.

20       Q      Did you start using curse

21   words, like fuck you, you fucking assholes?

22       A      Absolutely.  When they started

23   working me over.

24       Q      When you say, "Working me

25   over," you mean pushing your arms up towards

1   your head.

2           A       Not just that while Officer

3   Johnson was shoving my twisted cuffed arms

4   over my head he was screaming in my ear for

5   other ten minutes, and he kept knocking his

6   knees in the back of my knees so I would

7   lose my support and actually hang.

8           Q       You mean when you were on the

9   hood of the car?

10          A       Yes, he was torturing me.

11          Q       Relax.   Torture is a conclusion

12  we just want to knew what they did to you.

13                  Now how long do you think you

14  were cuffed before they actually took you

15  away from the scene?

16          A       It's very hard, once they put

17  the cuffs on me what would be normally

18  minute by minute went into microsecond to

19  microsecond so my timing would be slightly

20  soiled.   It seemed like hours and hours.

21  That's what it seem ed like.   Every second

22  as every pulse of my blood to my wrist was

23  cutting --

24          Q       I just want to know how long

25  you were out there cuffed before they took

1    you from the scene?

2         A    An hour.

3         Q    It seemed like an hour?

4         A    It seemed like an hour.

5         Q    Now when you were removed from

6    the scene was Jana there?

7         A    Yes, she was.

8         Q    Stay by the mike.

9              Did you hear Jana plead for

10   them to place you in a police car.

11        A    Yes, I did.

12        Q    Did they listen to her?

13        A    No at all.

14        Q    Did there come a time that they

15   moved you from a to seated position over to

16   the police car for transportation?

17        A    Yes.

18        Q    Can you describe what they did

19   to you from the seated position until the

20   time they put you in a car for

21   transportation?

22        A    They just lifted me off the

23   ground by my elbows.

24        Q    By what?

25        A    My elbows.

1          Q     Who was that?

2          A     Um, Johnson and um the younger,

3    I think it's Rantinella.

4                THE COURT:  Officer Rantinella?

5          Is that it Mr. Cuthbert.

6          A     Yes, I think so, I think it was

7    those two.

8          Q     All right.  Did they drag you

9    from where you seated cross the road to the

10   vehicle for transport?

11         A     Yes, they did.

12         Q     And do you know how many feet

13   that was?

14         A     Across two lanes.  So it's at

15   least twenty feet.

16         Q     When they stood you up did you

17   have any use of your legs?

18         A     They never really stood me up

19   so, no I had no use of my legs.

20         Q     Why was that?

21         A     My legs were frozen completely,

22   as way my prostate.

23         Q     And when they put you in the

24   car for transportation did they tie your

25   legs to the handcuffs in some way?

1        A     Yes, they did?

2        Q     Did they extend your legs back

3   towards your arms?

4        A     Yes, they did.

5        Q     While you were there at the

6   scene did any pedestrians gather around?

7        A     I saw no pedestrians other than

8   the woman that had skidded through the

9   intersection.

10       Q     If you know, are there any

11  houses nearby that intersection?

12       A     It's only the golf course.

13       Q     That's a good ways off the

14  intersection, is it?

15       A     It's part of the intersection

16  and on both sides of the street.  The golf

17  course is on both corners, adjacent corners.

18       Q     And when you were transported

19  back or transported to the precinct did you

20  request the driver of the vehicle to help

21  you or to loosen the cuffs?

22       A     I had toll him what had

23  happened.

24       Q     And did he help you at all in

25  any way?

1        A        No, he said he couldn't.

2        Q        What about the traffic

3   conditions, would you describe it as light,

4   medium or heavy at the time of the incident?

5        A        More than light, sparse.  Or

6   less than light, sparse.  Sorry.

7        Q        While you were in custody at

8   the precinct did you request medical

9   treatment?

10       A        Yes, I did.

11       Q        Did you get any medical

12  attention?

13       A        Got no medical attention.

14       Q        Did there come a time that you

15  were released from headquarters?

16       A        There had come a time, yes.

17       Q        Did you in fact -- did they

18  allow you to bail yourself out?

19       A        They did hours later.

20       Q        How many bail did you put up to

21  be released?

22            MR. MACDONNELL:  Objection, Judge.

23            THE COURT:  Relevance?  Sustained.

24       Q        But you did bail yourself out?

25       A        I bailed myself out.

1          MR.  GIANNINI:  I have no further

2     questions.

3          THE COURT:  Thank you, Mr.

4     Giannini.  Mr. MacDonnell are you

5     ready.

6          MR. MACDONNELL:  Yes, Your Honor.

7          THE COURT:  All right.

8  CROSS EXAMINATION

9  BY MR. MACDONNELL:

10         Q    Mr. Cuthbert, I am going to

11  attempt to ask you questions that are

12  basically yes or no questions.  If you

13  answer yes or no, I would appreciate it.  If

14  you need me to rephrase the question I will.

15         Mr. Cuthbert, after you go

16  breakfast you went down to Napeague Lane to

17  check out the wind?

18         A    To checkout the wind, waves and

19  tides, yes.

20         Q    Did you have any intention to

21  go out windsurfing that day?

22         A    Not that day, no.

23         Q    But it's normal routine, it's a

24  peaceful morning for you to generally go

25  grab breakfast and check out the wind?

1       A       Correct.

2       Q       And then you were going to go

3   back and use the restroom and recycle some

4   metal so you could get some more money?

5       A       I prepared my truck for days.

6   I collect my recycles during the year while

7   I work and then during extreme times,

8   weather, times of rain or slack in business

9   I will work on my recycles.

10      Q       So you can make some money?

11      A       Yes.

12      Q       Whether it's to take your

13  girlfriend out to dinner, groceries,

14  whatever you needed to make more money?

15      A       Actually it's mostly to do my

16  part for the earth.  I have been recycling

17  my whole life since the seventies.

18      Q       And you stated the recycling

19  area requires it to be done a certain way,

20  in a meticulous fashion to recycle?

21      A       That is correct.

22      Q       And you had it all done in the

23  back of the vehicle, in this van you were

24  driving?

25      A       It was ready to go.  Completely

1    sorted and completely boxed.

2         Q     It was because you were driving

3    home you were then involved in the accident?

4         A     (No response.)

5         Q     While you were driving back to

6    your house you were involved in the

7    accident?

8         A     Yes.

9         Q     You weren't going to be able to

10   go to the recycling center at this point

11   now, right?

12        A     I certainty would have.

13        Q     But you had to stop and wait,

14   transfer information with the other driver

15   and maybe call the police?

16        A     If the driver had been

17   cooperative.

18        Q     You would call the police

19   before you got out of the vehicle but you

20   called your girlfriend?

21        A     No, that is not what was said

22   here.  I got out of the vehicle tried to

23   communicate with the woman.  She didn't

24   speak much English and she was so shook up

25   within the first word she was screaming like

1   a crazy woman.   Like a crazy person.

2          Q      So she is acting crazy and you

3   decide to call your girlfriend instead of

4   you directly calling the police?

5          A      Correct.

6          Q      And then you called your

7   girlfriend a second time?

8          A      Yes.

9          Q      What did you do during the time

10  between the first time you called your

11  girlfriend and the second time?

12         A      Cars had started to come up

13  and, oh I called her because -- that's right

14  -- I called her because I had a hard time

15  finding my insurance paper and my

16  registration.

17         Q      Cars started to come -- did

18  they ask you to move your car?

19         A      No, no one asked me to move my

20  car.   None of the vehicles asked me to move

21  my car.   There was just the one single small

22  car behind me and one extra large honey

23  pumper behind that vehicle.

24         Q      And that was Mr. Brockway who

25  come in today that testified, that would be

1    he immediately had a conversation with Mr.

2    Brockway?

3          A    Yes.

4          Q    At no point did he speak to you

5    at that point?

6          A    He spoke to me when I walked up

7    to his vehicle after he had been talking to

8    the driver of the honey pumper.

9          Q    Is your vehicle was in front of

10   his with damage on your car but he spoke to

11   Mr. Brockway first?

12         A    No, I spoke to the gentleman

13   that was actually parked in front of Mr.

14   Brockway.  There was another vehicle that he

15   didn't even remember.  I spoke to that

16   gentleman first then I spoke to Mr.

17   Brockway.

18         Q    And you had a calm conversation

19   with this other driver and Mr. Brockway?

20         A    I certainly did.  I was doing

21   these people a favor of informing them what

22   had happened and why the traffic was not

23   moving and the cops were already called and

24   should be there any minute.

25         Q    In case they didn't see the two

1    people that were in front of them that were

2    perfect view to the road, you were giving

3    them a curtesy of letting them know what was

4    going on?

5         A    What vehicles had perfect view

6    of the road.

7         Q    Well your car was there and the

8    over vehicle that struck you was

9    perpendicular to the road?

10        A    And the singular vehicle, yes

11   there was a singular vehicle that was

12   perpendicular road sir.

13        Q    And now you were able to have a

14   conversation with Mr. Brockway and explained

15   to him what happened over the volume of his

16   car?

17        A    I tried to, yes.

18        Q    And you were able to hear what

19   he was saying to you?

20        A    No.

21        Q    You couldn't hear anything that

22   he said to you?

23        A    It was very hard to hear, and

24   it wasn't until he tried to speak to me that

25   I realized he was having and extremely hard

1    time listening to me.

2         Q    And at some point while you

3    were conversing with Mr. Brockway Officer

4    Trotta showed up?

5         A    Correct.  I, I, I, I had only

6    spoken to Mr. Brockway for a minute or two.

7    It just took moments to tell him what had

8    happened.  I was walking back to my car when

9    Trotta pulled up --- hold up, oh, oh, I am

10   sorry, I walked over -- after speaking with

11   Mr. Brockway, I walked over to the vehicle

12   going perpendicular that's when I realized

13   there wasn't a tread on her wheels.  Her

14   wheels where completely bald, completely

15   bald.

16        Q    And you were angry, she was

17   driving a car in the snow and ice?

18        A    Yes.  Was I angered?

19        Q    Yes.

20        A    No, I wasn't angered.  Was I

21   alarmed?  Yes, was I alarmed that someone

22   would be out in this kind of condition with

23   bald tires.  Oh, yes.  That is like carrying

24   a loaded gun into an elementary school bus.

25        Q    Especially for you who have

1  been trained to drive in these dangerous

2  conditions, seeing her car swerve, speeding

3  across the road with bald tires that has got

4  to make you somewhat angry, right?

5        A    What do you think.

6        Q    I am saying you were

7  aggravated, upset and mad that the vehicle

8  you were involved in the accident had bald

9  tires and wasn't being careful as she was

10  driving down the road?

11        A    You sound like the lies that

12  the police are telling.

13        Q    Sir, I am asking you questions,

14  answer my question is all you can do.

15        A    What was your question again?

16        Q    From what you said during

17  direct you saw the vehicle swerve across the

18  road once, come back across the second time

19  and started speeding down the hill first?

20        A    Saw the vehicle speeding going

21  side to side.  Why would that anger me?

22              THE COURT:  The question was, did

23        it anger you?

24        A    No.

25        Q    You heard Officer Trotta tell

1  you to move your vehicle to the side of the

2  road?

3          A    No, I couldn't hear him at

4  first.  It wasn't until he had to repeat

5  himself.

6          Q    But you heard him eventually?

7          A    I heard him eventually.

8          Q    You had a conversation with

9  Officer Trotta after you removed the

10 vehicle?

11         A    Yes.

12         Q    You were upset, you were mad

13 that he hit you?

14         A    I wasn't mad --

15         Q    Just answer the question.

16         A    No.

17         Q    You were involved in an

18 accident with a car that had no tread on the

19 tires and you were hit by a police officer,

20 you weren't mad?

21         A    I was annoyed.  But that is not

22 mad.

23         Q    But you continued to comply

24 with Officer Trotta's instructions.

25         A    Yes, I did.

1          Q     And you asked for another

2    officer to come down to the scene?

3          A     I asked for a field Sargent.

4          Q     And he ignored you?  Officer

5    Trotta ignored you and didn't respond?

6          A     Correct.

7          Q     And he then told you he was

8    putting you under arrest for disorderly

9    conduct -- he was placing you under arrest

10   for some reason didn't say why?

11         A     He did say why.

12         Q     Why was that?

13         A     He didn't like my attitude.

14         Q     And you put both hands behind

15   you back immediately for him?

16         A     Yes, I did.  I made it very

17   easy.

18         Q     Just answer.  Did you put your

19   hands behind your back?

20         A     Yes.

21         Q     I understand so just a yes or

22   no, there is no need for further

23   explanations.  Mr. Giannini can ask you more

24   question if he wants.  So he handcuffs you

25   behind your back, and as you standing there

1   you are in pain and you said you passed out?

2          A      I fainted.

3          Q      You fainted?

4          A      Never happened in my life.

5          Q      And you fell on the ground?

6          A      Fell on the ground.

7          Q      You woke up still on the

8   ground, when you came to you were still on

9   the ground?

10         A      Yes.

11         Q      And Officer Trotta came and

12  picked you up?

13         A      No.

14         Q      Officer Trotta never picked you

15  up?

16         A      Yes, he did pick me up but not

17  then.

18         Q      And he walked away and spoke to

19  the women in the other car?

20         A      Correct.

21         Q      And what point during the time

22  did you scream, "Fuck you, you fucking

23  assholes, I am not moving my car," or, "Fuck

24  you fucking assholes fuck you, better get

25  another Officer down here," or, "fuck you I

1   are doing and that would put their families

2   in jeopardy such as cancer, yes.

3         Q     And while you were screaming

4   and yelling and cursed was your girlfriend

5   there?

6         A     Not during the main part of the

7   episode, no.

8         Q     But you did scream and curse

9   and used the word, "Fuck," while your

10  girlfriend was there?

11        A     After she arrived not much, no

12  I was pretty much spent.  I had no energy, I

13  was fighting for my life.

14        Q     Well you had no energy because

15  you had screamed, "Fuck," so many times

16  prior to that and in that struggle --

17        A     I did not --

18              THE COURT:  He asked you a

19        question, sir.

20        A     No, no, he -- that is not what

21  it's from.  That is not why I was out of

22  energy.  I was out of energy --

23        Q     I just asked if that is what

24  you did?

25        A     Okay.

1  feet and tap the window and kick the door?

2       A     I couldn't move my feet at all.

3       Q     This is before they restrained

4  your legs?

5       A     Couldn't move my legs.

6  Couldn't move my feet, they were frozen.  My

7  pants were frozen to my legs.

8       Q     Now at some point you were

9  released from the precinct and you went to

10  the doctor and the doctor supposedly went

11  home and your girlfriend took pictures.  Do

12  you recall what time of day your girlfriend

13  took the pictures?

14       A     Five or six in the evening.

15       Q     And are those the photos that

16  you looked at that are in evidence?

17       A     Correct.  They were taken first

18  after the incident and the injuries were

19  much worse the next day and the bruises

20  continued to grow.

21       Q     What do you mean, "the bruises

22  continued to grow"?

23       A     I was injured severely until

24  the first week of July.  Everyday was a

25  strain.  Going to work -- just trying.

1           THE COURT:  I think you have

2       answered the question.

3       Q    At no point during any of this

4   did you raise your voice in anger --

5   withdrawn.

6           You at no point raised your

7   voice until much later when you were on the

8   ground?

9       A    I never raised my voice until

10  after I was cuffed and um, after I was

11  cuffed, when I came to my senses from

12  fainting on the ground and started to yell

13  loudly for help.

14      Q    And at some point during this

15  the police officers brought you a jacket?

16      A    No.

17      Q    At no point an Officer gave you

18  a jacket?

19      A    No.

20          MR. MACDONNELL:  I have no further

21      questions, Your Honor.

22          THE COURT:  Mr. Giannini.

23  REDIRECT EXAMINATION

24  BY MR. GIANNINI:

25      Q    So, the first time you used any

1   curse words you were under arrest and

2   handcuffed, correct?

3         A     Correct.

4         Q     And in pain?

5         A     Correct.

6         Q     And as a result of the incident

7   and injuries you suffered that day did

8   anything unusual happen to your urine?

9         A     Oh, yes.

10        Q     What was that?

11        A     Blood was found.  Quite a bit

12  of blood was found in my urine.

13        Q     Who found that blood?

14        A     Dr. Kerr.

15        Q     Did you decide using curse

16  words to plead with them to loosen the

17  cuffs?

18        A     I pleaded with them well before

19  I ever used any curse words.

20        Q     Did it feel like you were being

21  tortured?

22              MR. MACDONNELL:  Objection.

23              THE COURT:  Sustained.

24        Q     Have you will experienced pain

25  like that before that incident?

1          MR. MACDONNELL:  Objection.

2          THE COURT:  Overruled.

3     A     Not that extreme.  Nothing like

4 that.

5     Q     Could you tell us how long you

6 were cuffed that day?

7     A     I was cuffed -- when they

8 brought me back to the precinct they kept

9 the cuffs on me in the cell.

10    Q     I just want to know how long?

11    A     Approximate three hours.

12    Q     Did you loose the feeling in

13 your hands?

14    A     For weeks.

15    Q     You used the term, "Working me

16 over," what do you mean by that?

17    A     Well Barry Johnson took my arms

18 and just by twisting your arms, doing

19 anything beyond worked against the cuffs.

20 He shoved my arms as hard as he could over

21 my head down on the hood preventing me from

22 breathing and screaming into my ear and I

23 was doing everything I could just to

24 maintain.

25    Q     Are you saying that they pushed

1   your handcuffed arms toward your head?

2          A      And almost broke my shoulder

3   but besides that while he was screaming in

4   my ear, holding my twisted arms over my

5   head, he kept knocking the back of my knees

6   so I would drop.

7          Q      What did he knock the back of

8   your knees with?

9          A      His knees.

10          Q      His knees.

11          MR. GIANNINI:  I have no further

12      question.

13          MR. MACDONNELL:  I don't have

14      anything else, Your Honor.

15          THE COURT:  Thank you.  You are

16      excused.

17

18              *              *              *

19   The foregoing minutes are hereby certified to be a true
    and accurate transcript of the proceedings herein.
20

21   _____

22   Gloria E. Rosante, Court Reporter

23

24

25