Photos taken by Jana Nishida on Jan. 23, 2014





I-E-14.



photos extras

Photos taken by sgt. Craft on Jan. 23, 2014. While π was still at E.H.P.P.



**PROPERTY RECEIPT**

CASE #: CR 89-14

TAKEN BY: SGT CLARIN #205

INCIDENT: Possible IA army crimes

LOCATION: HQ

DATE/TIME TAKEN: 1/23/14













photos

Photos taken by Jana Nishida of Plaintiff on Jan. 23, 2019.

Post released from Jail

#

H

