FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 09 2020 ★

LONG ISLAND OFFICE

March 5, 2020

The Honorable Joanna Seybert
United States District Court
100 Federal Plaza
Central Islip NY 11722

RE: CV 18-4796 (JS) (AYS)

OBJECTIONS TO RECOMMENDATION OF ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE

To the Honorable Joanna Seybert:

I received the Magistrate's Report & Recommendations, postmarked Februdary 21, 2020. I did not receive this until March 1, 2020 as I was out of state. Therefore, I am requesting a 30 day extension to submit objections to the Magistrate's Report & Recommendations from today, March 5, 2020.

Sincerely,

William E. Cuthbert
183 Hog Creek Rd.
East Hampton NY 11937

cc: Mark Radi, Esq.

Anne Y. Shields, United States Magistrate Judge

Note: enclosure of letter to Mark Radi, Esq. indicating that Joseph Giannini my former attorney has given him my complete file concerning this case.

RECEIVED
MAR 09 2020
EDNY PRO SE OFFICE

June 4, 2019

Mark a. Radi Esq.
179 Westbury Avenue
Carle Place, New York 11514

## OPPOSITION EXHIBITS

Re: William E. Cuthbert v. Town of East Hampton, Police Officer Frank Trotta and Police Officer Barry Johnson
Docket No. 18 Civ. 4796 (JS) (AYS)

Counsel:

I know for certain, on January 24, 2018, Joseph Giannini Esq. gave you his complete file concerning my underlying criminal case.

You copied the file and mailed it back to Mr. Giannini.

For certain, you have all the Exhibits relevant to my Opposition.

Sincerely,

Pro Se Plaintiff

William Cuthbert



MID-ISLAND NY 117

05 MAR 2020 PM 4 L

RECEIVED
U.S. DISTRICT COURT E.D.N.Y.
MAR 0 - 2020
LONG ISLAND OFFICE

The Honorable Joanna Seybert
United States District Court
100 Federal Plaza
Central Islip NY 11722

11722-443800

William Cuthbert
183 Hog Creek Rd.
East Hampton NY 11937