**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
WILLIAM E. CUTHBERT,

                Plaintiff,

- against -

THE TOWN OF EAST HAMPTON NEW YORK,
FRANK TROTTA and BARRY JOHNSON,

                Defendants.
----------------------------------------------------------------X

**JUDGMENT**
CV 18-4796 (JS)(AYS)

      A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on May 19, 2020; adopting the February 21, 2020 Report and Recommendation of United States Magistrate Judge Anne Y. Shields; granting Defendants' motion to dismiss pursuant to Rules 4(m), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure; dismissing Plaintiff's Compliant; denying *in forma pauperis* status for the purpose of any appeal; and directing the Clerk of the Court to mark this case closed, it is

      **ORDERED AND ADJUDGED** that Plaintiff William E. Cuthbert take nothing of Defendants the Town of East Hampton New York, Frank Trotta, and Barry Johnson; that Defendants' motion to dismiss is granted; that Plaintiff's Complaint is dismissed; that *in forma pauperis* status for the purpose of any appeal is denied; and that this case is closed.

Dated: May 19, 2020
      Central Islip, New York

                                      DOUGLAS C. PALMER
                                      CLERK OF THE COURT
                        By:    /s/ James J. Toritto
                                      Deputy Clerk