UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| WILLIAM E. CUTHBERT, | Docket No.: 18 Civ. 4796 (JS)(AYS) |
| Plaintiff, | **AFFIDAVIT OF SERVICE** |
| -against- | |
| THE TOWN OF EAST HAMPTON NEW YORK, FRANK TROTTA and BARRY JOHNSON, | |
| Defendants. | |

------------------------------------------------------------------X

STATE OF NEW YORK    )
                                   ss:
COUNTY OF NASSAU  )

Nicole Robbins, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and resides in Stony Brook, New York.

That on May 19, 2020, deponent served the within **MEMORANDUM AND ORDER WITH JUDGMENT DATED MAY 19, 2020** upon the following address designated by said party for that purpose: William E. Cuthbert, located at 183 Hog Creek Road, East Hampton, New York 11937, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository via first-class mail under the exclusive care and custody of the United States Post Office Department within the State of New York.

_____
Nicole Robbins

Sworn to before me on
May 19, 2020

_____
NOTARY PUBLIC
BRITTANY J. ROSARIO
Notary Public, State of New York
NO. 01RO6387565
Qualified in Nassau County
Commission Expires 2/19/2023