# In the United States District Court for the Eastern District of New York (Islip)

WILLIAM E. CUTHBERT,
Plaintiff - Movant,

v.

THE TOWN OF EAST HAMPTON, NEW YORK;
FRANK TROTTA; and HARRY JOHNSON;
Defendants - Respondents.

Civil Action No. 18-CV-4796 (JS) (AYS)

## NOTICE OF APPEARANCE

Pursuant to a limited scope retention agreement, undersigned
Counsel Frederick M. Oberlander hereby appears for Plaintiff
for the limited and sole purpose of seeking post-judgment relief in this court
from its orders dismissing all claims in final judgment, ECF 30, 31.

/s/ Frecerick M. Oberlander
**THE LAW OFFICE OF FREDERICK M. OBERLANDER**
43 West 443st Street Ste 133
New York, New York 10036