July 11, 2020

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY  11722

RE:  CV  18-4796  (JS)(AYS)

To the Honorable Joanna Seybert

Your Honor:

On January 24, 2018 I and Jana Nishida were deposed by Defendants' lawyer, Mark A. Radi, Esq.

That afternoon, after completing the depositions, Mark A. Radi was offered my complete defense file.  He took the file and returned it sometime later.

The file included a full transcript of my trial in the East Hampton Town Justice Court.  I know that Mr. Radi read the trial transcript.  So, why does he ignore the fact that I was railroaded, that I did nothing to cause my arrest and subsequent police brutality?  And, that this case should have been dismissed by the presiding Judge (Tekulsky) back in 2014.

Why is he pursuing an unjust outcome in the case by trying to get my case wrongfully dismissed?

Sincerely,

*[signature: William E. Cuthbert]*

William E. Cuthbert
183 Hog Creek Rd.
East Hampton NY  11937

cc:  Mark A. Radi

FILED
U.S. DISTRICT COURT E.D.N.Y
JUL 13 2020
LONG ISLAND OFFICE

RECEIVED
JUL 13 2020
EDNY PRO SE OFFICE



MID-ISLAND NY 117
11 JUL 2020 PM 3 L

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 13 2020 ★
LONG ISLAND OFFICE

Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip NY  11722

11722-443600

William E. Cuthbert
183 Hog Creek Road
East Hampton  NY  11937