FORM 1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ JAN 21 2021 ★

LONG ISLAND OFFICE

**NOTICE OF APPEAL**

SCANNED
1/21 AC

*FILED*
2021 JAN 21 AM 11:24
CLERK
U.S. DISTRICT COURT
E.D.N.Y.

\* \* \* \* \* \* \* \* \* \* \*

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

| William E. Cuthbert |
| v. |
| Town of East Hampton, NY et al |

NOTICE OF APPEAL

2:18-CV-04796-JS-AYS
Docket No.

Notice is hereby given that **William E. Cuthbert**
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it)

entered in this action on the **7th** day of **January**, 20**21**.

_William E Cuth_
Signature

**William E. Cuthbert**
Printed Name

**Hog Creek Road**
Address

**East Hampton, NY 11937**

( )
Telephone No. (with area code)

Date: **Jan. 21, 2021**

6