| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ENTRY |
| BEFORE: ANNE Y. SHIELDS<br>          U.S. MAGISTRATE JUDGE | DATE: 2/23/2021<br>TIME: 11:30 AM<br>FTR: 11:34-11:39 |

CASE: **CV 18-4796 (JS) (AYS)** Cuthbert v. The Town of East Hampton New York, et al

TYPE OF CONFERENCE: MOTION

APPEARANCES:    Plaintiff    William Cuthbert
                             Frederick Oberlander

                Defendant

**THE FOLLOWING RULINGS WERE MADE:**

☐ Scheduling Order entered.

☐ Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐ Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐ The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

☒ Other: Conference held.

                              SO ORDERED

                              /s/ Anne Y. Shields
                              ANNE Y. SHIELDS
                              United States Magistrate Judge